1  ADAM LEVIN (SBN 156773)
     axl@msk.com
2  SUZANNE M. STEINKE (SBN 186943)
     s1s@msk.com
3  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
4  Los Angeles, CA  90064-1683
   Telephone: (310) 312-2000
5  Facsimile: (310) 312-3100

6  Attorneys for Defendants
   Berkeley Productions, Inc. and Howard Bauer
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10           WESTERN DIVISION - SPRING STREET

11 | NEOMALIE PERIES, AN              | CASE NO. 2:15-CV-03233 SJO-AJW
   | INDIVIDUAL; DERRICK AH SAM,      |
12 | AN INDIVIDUAL; DARIN KATO,       | **ANSWER OF DEFENDANTS
   | AN INDIVIDUAL; JAMIE             | BERKELEY PRODUCTIONS, INC.
13 | SINSHEIMER, AN INDIVIDUAL;       | AND HOWARD BAUER TO
   | AND FORREST TAGLIAMONTE,         | PLAINTIFFS' COMPLAINT**
14 | AN INDIVIDUAL; on behalf of      |
   | themselves and on behalf of The State | Judge:      The Hon. S. James Otero
15 | of California Labor and Workforce | Courtroom:   One
   | Development Agency as Private    |
16 | Attorney Generals,               |
   |                                  | [Motion to Stay this Action Pending
17 |            Plaintiffs,           | Arbitration has been filed with the
   |                                  | Court]
18 |       v.                         |
   |                                  |
19 | SBATL, LLC, A DELAWARE           |
   | CORPORATION; BERKELEY            |
20 | PRODUCTIONS, INC., A             |
   | CALIFORNIA CORPORATION;          |
21 | HOWARD BAUER, AN                 |
   | INDIVIDUAL,                      |
22 |                                  |
   |            Defendants.           |
23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

6951683.1

**ANSWER OF DEFENDANTS BERKELEY PRODUCTIONS, INC. AND HOWARD BAUER**

1    Defendants Berkeley Productions, Inc. ("Berkeley") and Howard Bauer

2  ("Bauer") (collectively "Defendants") have agreed with Plaintiffs Neomalie Peries

3  ("Peries"), Derrick Ah Sam ("Ah Sam"), Darin Kato ("Kato"), Jamie Sinsheimer

4  ("Sinsheimer"), and Forrest Tagliamonte ("Tagliamonte") (collectively

5  "Plaintiffs") to proceed on Plaintiffs' individual claims in arbitration, answers have

6  been filed, such arbitrations are proceeding, and the parties further agree this

7  federal court action should be stayed.  Defendants have concurrently herewith have

8  filed a motion with the Court asking for such stay.[1]  However, out of an abundance

9  of caution, on behalf of itself, himself and themselves alone, Defendants hereby

10  answer the Complaint (the "Complaint") of Plaintiffs as follows:

11

12                      **JURISDICTION**[2]

13    1.    In response to Paragraph 1 of the Complaint, this Paragraph consists

14  of statements and conclusions of law requiring no answer; to the extent this

15  Paragraph contains factual allegations, Defendants admit that a federal claim has

16  been alleged by Plaintiffs, but that such claims are subject to arbitration and

17  otherwise deny, generally and specifically, each and every remaining allegation

18  contained in this Paragraph of the Complaint.

19    2.    In response to Paragraph 2 of the Complaint, this Paragraph consists

20  of statements and conclusions of law requiring no answer; to the extent this

21  Paragraph contains factual allegations, Defendants admit that state law claims have

22  been alleged by Plaintiffs, but that such claims are subject to arbitration and

23

24  _____

25  [1] It is Defendants' understand that named defendant SBATL, LLC is no longer a party to this lawsuit.  Regardless, as to any allegations related to defendant SBATL, LLC, Defendants are without sufficient knowledge or information to form a belief as to the truth of such allegations, and on that basis deny, generally and specifically, such allegations.

27  [2] All headlines are as stated in the Complaint; Defendants expressly deny any allegations set forth in such headings.

28

Mitchell
Silberberg &
Knupp LLP

6951683.1

**ANSWER OF DEFENDANTS BERKELEY PRODUCTIONS, INC. AND HOWARD BAUER**

1   otherwise deny, generally and specifically, each and every allegation contained in

2   this Paragraph of the Complaint.

3                                              **VENUE**

4          3.      In response to Paragraph 3 of the Complaint, this Paragraph consists

5   of statements and conclusions of law requiring no answer; to the extent this

6   Paragraph contains factual allegations, Defendants deny and/or are without

7   sufficient knowledge or information to form a belief as to the truth of the

8   allegations contained in said Paragraph, and on that basis deny, generally and

9   specifically, each and every allegation contained therein.  Plaintiffs have filed

10  arbitrations on claims asserted in the Complaint and those arbitrations are

11  proceeding.

12                                             **PARTIES**

13         4.      In response to Paragraph 4 of the Complaint, Defendant Berkeley

14  admits that it employed Peries for the production of *MasterChef* on days during the

15  period of time referenced in the Complaint.  In response to Paragraph 4 of the

16  Complaint, Defendant Bauer denies that he ever employed Peries.  Except as

17  specifically admitted hereinabove, Defendants deny, generally and specifically,

18  each and every allegation contained in Paragraph 4 of the Complaint.

19         5.      In response to Paragraph 5 of the Complaint, Defendant Berkeley

20  admits that it employed Ah Sam for the production of *MasterChef* on days during

21  the period of time referenced in the Complaint.  In response to Paragraph 5 of the

22  Complaint, Defendant Bauer denies that he ever employed Ah Sam.  Except as

23  specifically admitted hereinabove, Defendants deny, generally and specifically,

24  each and every allegation contained in Paragraph 5 of the Complaint.

25         6.      In response to Paragraph 6 of the Complaint, Defendant Berkeley

26  admits that it employed Kato for the production of *MasterChef* on days during the

27  period of time referenced in the Complaint.  In response to Paragraph 6 of the

28  Complaint, Defendant Bauer denies that he ever employed Kato.  Except as

Mitchell
Silberberg &
Knupp LLP

6951683.1

3

specifically admitted hereinabove, Defendants deny, generally and specifically, each and every allegation contained in Paragraph 6 of the Complaint.

7.      In response to Paragraph 7 of the Complaint, Defendant Berkeley admits that it employed Sinsheimer for the production of *MasterChef* on days during the period of time referenced in the Complaint.  In response to Paragraph 7 of the Complaint, Defendant Bauer denies that he ever employed Sinsheimer. Except as specifically admitted hereinabove, Defendants deny, generally and specifically, each and every allegation contained in Paragraph 7 of the Complaint.

8.      In response to Paragraph 8 of the Complaint, Defendant Berkeley admits that it employed Tagliamonte for the production of *MasterChef* on days during the period of time referenced in the Complaint.  In response to Paragraph 8 of the Complaint, Defendant Bauer denies that he ever employed Tagliamonte. Except as specifically admitted hereinabove, Defendants deny, generally and specifically, each and every allegation contained in Paragraph 8 of the Complaint.

9.      In response to Paragraph 9 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said Paragraph, and on that basis deny, generally and specifically, each and every allegation contained therein.

10.      In response to Paragraph 11 of the Complaint, Defendant Berkeley admits that it is a California corporation doing business in Los Angeles County.

11.      In response to Paragraph 11 of the Complaint, Defendant Bauer admits that he is an Individual.  Except as specifically admitted hereinabove, the allegations are vague and on that basis Defendants deny, generally and specifically, each and every allegation contained in this Paragraph of the Complaint

12.      In response to Paragraph 12 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendants admit that Plaintiffs have alleged causes of action brought pursuant to Labor Code § 2698, *et seq.* and

1  otherwise deny, generally and specifically, each and every remaining allegation

2  contained in this Paragraph of the Complaint.

3       13.    In response to Paragraph 13 of the Complaint, this Paragraph consists

4  of statements and conclusions of law requiring no answer; to the extent this

5  Paragraph contains factual allegations, Defendants deny, generally and

6  specifically, each and every allegation contained in this Paragraph of the

7  Complaint.

8                          **GENERAL ALLEGATIONS**

9       14.    In response to Paragraph 14 of the Complaint, Berkeley admits that it

10  is a production company and was involved in the production of the television show

11  *MasterChef*.  Except as specifically admitted hereinabove, Defendants deny,

12  generally and specifically, each and every allegation contained in Paragraph 14 of

13  the Complaint.

14      15.    In response to Paragraph 15 of the Complaint, Defendants admit that

15  Plaintiffs worked at some points in time on *MasterChef*.  Except as specifically

16  admitted hereinabove, Defendants deny, generally and specifically, each and every

17  allegation contained in Paragraph 15 of the Complaint.

18      16.    In response to Paragraph 16 of the Complaint, Defendants deny,

19  generally and specifically, each and every allegation contained in this Paragraph of

20  the Complaint.

21      17.    In response to Paragraph 17 of the Complaint, Defendants deny,

22  generally and specifically, each and every allegation contained in this Paragraph of

23  the Complaint.

24      18.    In response to Paragraph 18 of the Complaint, Defendants admit that

25  Plaintiffs worked on *MasterChef*.  Except as specifically admitted hereinabove,

26  Defendants deny, generally and specifically, each and every allegation contained in

27  this Paragraph of the Complaint.

28

Mitchell
Silberberg &
Knupp LLP

6951683.1

**ANSWER OF DEFENDANTS BERKELEY PRODUCTIONS, INC. AND HOWARD BAUER**

19.     In response to Paragraph 19 of the Complaint, Defendants deny, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

20.     In response to Paragraph 20 of the Complaint, the allegations are vague and on that basis Defendants deny, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

21.     In response to Paragraph 21 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendants deny, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

22.     In response to Paragraph 22 of the Complaint, Defendants deny, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

23.     In response to Paragraph 23 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said Paragraph, and on that basis deny, generally and specifically, each and every allegation contained therein.

24.     In response to Paragraph 24 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendants deny, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

25.     In response to Paragraph 25 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations

1  contained in said Paragraph, and on that basis deny, generally and specifically,
2  each and every allegation contained therein.

3       26.     In response to Paragraph 26 of the Complaint, Defendants are without
4  sufficient knowledge or information to form a belief as to the truth of the
5  allegations contained in said Paragraph, and on that basis deny, generally and
6  specifically, each and every allegation contained therein.

7       27.     In response to Paragraph 27 of the Complaint, the allegations are
8  vague and on that basis Defendants deny, generally and specifically, each and
9  every allegation contained in this Paragraph of the Complaint.

10      28.     In response to Paragraph 28 of the Complaint, Defendant Berkeley
11 admits that it has arbitration agreements with each of the Plaintiffs.

12      29.     In response to Paragraph 29 of the Complaint, Defendant Berkeley
13 admits that each Plaintiff has filed a Demand for Arbitration against it with the
14 American Arbitration Association and that these arbitrations are proceeding.
15 Except as specifically admitted hereinabove, Defendants are without sufficient
16 knowledge or information to form a belief as to the truth of the allegations
17 contained in said Paragraph, and on that basis deny, generally and specifically,
18 each and every allegation contained therein.

19      30.     In response to Paragraph 30 of the Complaint, this Paragraph consists
20 of statements and/or conclusions of law requiring no answer.  Plaintiffs and
21 Defendants filed a joint stipulation requesting a stay of this litigation pending
22 arbitration against both Defendants and Defendants have filed a motion for such
23 stay.  Further, Defendants have insufficient information and knowledge as to the
24 future intent of Plaintiffs, but admit that, through their counsel, have agreed to
25 arbitrate the claims submitted to arbitration as to both Defendants.  Except as
26 otherwise stated hereinabove and to the extent this Paragraph contains factual
27 allegations, Defendants deny, generally and specifically, each and every allegation
28 contained in this Paragraph of the Complaint.

Mitchell
Silberberg &
Knupp LLP

6951683.1

7

**ANSWER OF DEFENDANTS BERKELEY PRODUCTIONS, INC. AND HOWARD BAUER**

31.     In response to Paragraph 31 of the Complaint, this Paragraph consists of statements and/or conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said Paragraph, and on that basis deny, generally and specifically, each and every allegation contained therein.

32.     In response to Paragraph 32 of the Complaint, this Paragraph consists of statements and/or conclusions of law requiring no answer.  Plaintiffs and Defendants filed a joint stipulation with the Court requesting a stay of this litigation pending arbitration against both Defendants and Defendants have filed a motion for such stay.  Except as otherwise stated hereinabove and to the extent this Paragraph contains factual allegations, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said Paragraph, and on that basis deny, generally and specifically, each and every allegation contained therein.

## **PRIVATE ATTORNEY GENERAL ALLEGATION**

33.     In response to Paragraph 33 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendants deny, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

34.     In response to Paragraph 34 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendants deny, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

35.     In response to Paragraph 35 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this

Paragraph contains factual allegations, Defendants deny, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

36.   In response to Paragraph 36 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendants deny, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

37.   In response to Paragraph 37 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said Paragraph, and on that basis deny, generally and specifically, each and every allegation contained therein.

38.   In response to Paragraph 38 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said Paragraph, and on that basis deny, generally and specifically, each and every allegation contained therein.

39.   In response to Paragraph 39 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendants deny, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

40.   In response to Paragraph 40 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, the allegations are vague and on that basis

Defendants deny, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

## FIRST CAUSE OF ACTION

### FAILURE TO PAY OVERTIME COMPENSATION UNDER CALIFORNIA INDUSTRIAL WELFARE COMMISSION ORDERS AND CALIFORNIA LABOR CODE

**(Against SBATL and Berkeley)**

41.     Defendant Berkeley repeats and incorporates herein by reference its answers to Paragraphs 1 through 40 of the Complaint for its answer to this Paragraph.

42.     In response to Paragraph 42 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

43.     In response to Paragraph 43 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

44.     In response to Paragraph 44 of the Complaint, Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

45.     In response to Paragraph 45 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

**ANSWER OF DEFENDANTS BERKELEY PRODUCTIONS, INC. AND HOWARD BAUER**

46.     In response to Paragraph 46 of the Complaint, Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

47.     In response to Paragraph 47 of the Complaint, Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

48.     In response to Paragraph 48 of the Complaint, Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

49.     In response to Paragraph 49 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

50.     In response to Paragraph 50 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

51.     In response to Paragraph 51 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the Complaint, including without limitation that Plaintiff Peries is entitled to any recovery or the recovery requested.

52.     In response to Paragraph 52 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendant Berkeley denies, generally and

1   specifically, each and every allegation contained in this Paragraph of the

2   Complaint, including without limitation that Plaintiff Ah Sam is entitled to any

3   recovery or the recovery requested.

4          53.    In response to Paragraph 53 of the Complaint, this Paragraph consists

5   of statements and conclusions of law requiring no answer; to the extent this

6   Paragraph contains factual allegations, Defendant Berkeley denies, generally and

7   specifically, each and every allegation contained in this Paragraph of the

8   Complaint, including without limitation that Plaintiff Kato is entitled to any

9   recovery or the recovery requested.

10         54.    In response to Paragraph 54 of the Complaint, this Paragraph consists

11  of statements and conclusions of law requiring no answer; to the extent this

12  Paragraph contains factual allegations, Defendant Berkeley denies, generally and

13  specifically, each and every allegation contained in this Paragraph of the

14  Complaint, including without limitation that Plaintiff Sinsheimer is entitled to any

15  recovery or the recovery requested.

16         55.    In response to Paragraph 55 of the Complaint, this Paragraph consists

17  of statements and conclusions of law requiring no answer; to the extent this

18  Paragraph contains factual allegations, Defendant Berkeley denies, generally and

19  specifically, each and every allegation contained in this Paragraph of the

20  Complaint, including without limitation that Plaintiff Tagliamonte is entitled to any

21  recovery or the recovery requested.

22         56.    In response to Paragraph 56 of the Complaint, this Paragraph consists

23  of statements and conclusions of law requiring no answer; to the extent this

24  Paragraph contains factual allegations, Defendant Berkeley denies, generally and

25  specifically, each and every allegation contained in this Paragraph of the

26  Complaint, including without limitation that Plaintiffs are entitled to any recovery

27  or the recovery requested.

28

**ANSWER OF DEFENDANTS BERKELEY PRODUCTIONS, INC. AND HOWARD BAUER**

**SECOND CAUSE OF ACTION**

**FAILURE TO PROVIDE ADEQUATE MEAL PERIODS UNDER**

**CALIFORNIA INDUSTRIAL WELFARE COMMISSION ORDERS AND**

**CALIFORNIA LABOR CODE SECTION 512**

**(Against SBATL, Berkeley)**

57.     Defendant Berkeley repeats and incorporates herein by reference its answers to Paragraphs 1 through 56 of the Complaint for its answer to this Paragraph.

58.     In response to Paragraph 58 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

59.     In response to Paragraph 59 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

60.     In response to Paragraph 60 of the Complaint, Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

61.     In response to Paragraph 61 of the Complaint, Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

62.     In response to Paragraph 62 of the Complaint, Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

Mitchell
Silberberg &
Knupp LLP

6951683.1

13

63.     In response to Paragraph 63 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

64.     In response to Paragraph 64 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the Complaint, including without limitation that Plaintiffs are entitled to any recovery or the recovery requested.

65.     In response to Paragraph 65 of the Complaint, Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

66.     In response to Paragraph 66 of the Complaint, Defendant Berkeley admits that meal breaks were taken and recorded.  Except as specifically admitted hereinabove, the allegations are vague and on that basis Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

67.     In response to Paragraph 67 of the Complaint, Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

**ANSWER OF DEFENDANTS BERKELEY PRODUCTIONS, INC. AND HOWARD BAUER**

# THIRD CAUSE OF ACTION

## FAILURE TO ITEMIZE WAGE STATEMENTS AS REQUIRED UNDER LABOR CODE SECTION 226

### (Against SBATL and Berkeley)

68.     Defendant Berkeley repeats and incorporates herein by reference its answers to Paragraphs 1 through 67 of the Complaint for its answer to this Paragraph.

69.     In response to Paragraph 69 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

70.     In response to Paragraph 70 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

71.     In response to Paragraph 71 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

72.     In response to Paragraph 72 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

73.     In response to Paragraph 73 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

74.     In response to Paragraph 74 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

75.     In response to Paragraph 75 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the Complaint, including without limitation that Plaintiffs are entitled to any recovery or the recovery requested.

## FOURTH CAUSE OF ACTION

### WAITING TIME PENALTIES UNDER LABOR CODE SECTION 203

### (Against SBATL, Berkeley)

76.     Defendant Berkeley repeats and incorporates herein by reference its answers to Paragraphs 1 through 75 of the Complaint for its answer to this Paragraph.

77.     In response to Paragraph 77 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

78.    In response to Paragraph 78 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, the allegations are vague and on that basis Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

79.    In response to Paragraph 79 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the Complaint, including without limitation that Plaintiffs are entitled to any recovery or the recovery requested.

80.    In response to Paragraph 80 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

81.    In response to Paragraph 81 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

82.    In response to Paragraph 82 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the Complaint, including without limitation that Plaintiff Peries is entitled to any recovery or the recovery requested.

83.     In response to Paragraph 83 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the Complaint, including without limitation that Plaintiff Ah Sam is entitled to any recovery or the recovery requested.

84.     In response to Paragraph 84 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the Complaint, including without limitation that Plaintiff Sinsheimer is entitled to any recovery or the recovery requested.

85.     In response to Paragraph 85 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the Complaint, including without limitation that Plaintiff Kato is entitled to any recovery or the recovery requested.

86.     In response to Paragraph 86 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the Complaint, including without limitation that Plaintiff Tagliamonte is entitled to any recovery or the recovery requested.

**FIFTH CAUSE OF ACTION**

**OVERTIME PAY AND LIQUIDATED DAMAGES UNDER 29 U.S.C. § 207**

**and § 216 (Against all Defendants)**

87.    Defendants repeat and incorporate herein by reference his/its/their answers to Paragraphs 1 through 86 of the Complaint for his/its/their answer to this Paragraph.

88.    In response to Paragraph 88 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendants deny, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

89.    In response to Paragraph 89 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendants deny, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

90.    In response to Paragraph 90 of the Complaint, Defendants deny, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

91.    In response to Paragraph 91 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendants deny, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

92.    In response to Paragraph 92 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendants deny, generally and

**ANSWER OF DEFENDANTS BERKELEY PRODUCTIONS, INC. AND HOWARD BAUER**

specifically, each and every allegation contained in this Paragraph of the Complaint.

93.     In response to Paragraph 93 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendants admit that Plaintiffs have asserted this cause of action under a federal statute and otherwise deny, generally and specifically, each and every remaining allegation contained in this Paragraph of the Complaint.

94.     In response to Paragraph 94 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendants deny, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

95.     In response to Paragraph 95 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendants deny, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

96.     In response to Paragraph 96 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint, and therefore cannot admit or deny them.

97.     In response to Paragraph 97 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations

**ANSWER OF DEFENDANTS BERKELEY PRODUCTIONS, INC. AND HOWARD BAUER**

1  contained in this Paragraph of the Complaint, and therefore cannot admit or deny

2  them.

3         98.    In response to Paragraph 98 of the Complaint, this Paragraph consists

4  of statements and conclusions of law requiring no answer; to the extent this

5  Paragraph contains factual allegations, Defendants are without sufficient

6  knowledge or information to form a belief as to the truth of the allegations

7  contained in this Paragraph of the Complaint, and therefore cannot admit or deny

8  them.

9         99.    In response to Paragraph 99 of the Complaint, this Paragraph consists

10 of statements and conclusions of law requiring no answer; to the extent this

11 Paragraph contains factual allegations, Defendants are without sufficient

12 knowledge or information to form a belief as to the truth of the allegations

13 contained in this Paragraph of the Complaint, and therefore cannot admit or deny

14 them.

15        100.   In response to Paragraph 100 of the Complaint, this Paragraph

16 consists of statements and conclusions of law requiring no answer; to the extent

17 this Paragraph contains factual allegations, Defendants are without sufficient

18 knowledge or information to form a belief as to the truth of the allegations

19 contained in this Paragraph of the Complaint, and therefore cannot admit or deny

20 them.

21        101.   In response to Paragraph 101 of the Complaint, this Paragraph

22 consists of statements and conclusions of law requiring no answer; to the extent

23 this Paragraph contains factual allegations, Defendant Berkeley admits that it

24 employed Plaintiffs for the production of *MasterChef* and otherwise Defendants

25 deny, generally and specifically, each and every allegation contained in this

26 Paragraph of the Complaint.

27        102.   In response to Paragraph 102 of the Complaint, this Paragraph

28 consists of statements and conclusions of law requiring no answer; to the extent

Mitchell
Silberberg &
Knupp LLP

6951683.1

**ANSWER OF DEFENDANTS BERKELEY PRODUCTIONS, INC. AND HOWARD BAUER**

1   this Paragraph contains factual allegations, Defendants deny, generally and

2   specifically, each and every allegation contained in this Paragraph of the

3   Complaint.

4        103.   In response to Paragraph 103 of the Complaint, this Paragraph

5   consists of statements and conclusions of law requiring no answer; to the extent

6   this Paragraph contains factual allegations, the allegations are vague and on that

7   basis Defendants deny, generally and specifically, each and every allegation

8   contained in this Paragraph of the Complaint.

9        104.   In response to Paragraph 104 of the Complaint, this Paragraph

10  consists of statements and conclusions of law requiring no answer; to the extent

11  this Paragraph contains factual allegations, the allegations are vague and on that

12  basis Defendants deny, generally and specifically, each and every allegation

13  contained in this Paragraph of the Complaint.

14       105.   In response to Paragraph 105 of the Complaint, this Paragraph

15  consists of statements and conclusions of law requiring no answer; to the extent

16  this Paragraph contains factual allegations, Defendants deny, generally and

17  specifically, each and every allegation contained in this Paragraph of the

18  Complaint.

19       106.   In response to Paragraph 106 of the Complaint, this Paragraph

20  consists of statements and conclusions of law requiring no answer; to the extent

21  this Paragraph contains factual allegations, Defendants deny, generally and

22  specifically, each and every allegation contained in this Paragraph of the

23  Complaint.

24       107.   In response to Paragraph 107 of the Complaint, this Paragraph

25  consists of statements and conclusions of law requiring no answer; to the extent

26  this Paragraph contains factual allegations, Defendants deny, generally and

27  specifically, each and every allegation contained in this Paragraph of the

28  Complaint.

**ANSWER OF DEFENDANTS BERKELEY PRODUCTIONS, INC. AND HOWARD BAUER**

108.   In response to Paragraph 108 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendants deny, generally and specifically, each and every allegation contained in this Paragraph of the Complaint, including without limitation that Plaintiffs are entitled to any recovery or the recovery requested.

109.   In response to Paragraph 109 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendants deny, generally and specifically, each and every allegation contained in this Paragraph of the Complaint, including without limitation that Plaintiffs are entitled to any recovery or the recovery requested.

110.   In response to Paragraph 110 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendants deny, generally and specifically, each and every allegation contained in this Paragraph of the Complaint, including without limitation that Plaintiffs are entitled to any recovery or the recovery requested.

## SIXTH CAUSE OF ACTION

## VIOLATION OF CALIFORNIA BUSINESS AND PROFESSIONS CODE SECTION 17200

### (Against SBATL and Berkeley)

111.   Defendant Berkeley repeats and incorporates herein by reference its answers to Paragraphs 1 through 110 of the Complaint for its answer to this Paragraph.

112.   In response to Paragraph 112 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendant Berkeley denies, generally

Mitchell
Silberberg &
Knupp LLP

6951683.1

**ANSWER OF DEFENDANTS BERKELEY PRODUCTIONS, INC. AND HOWARD BAUER**

1    and specifically, each and every allegation contained in this Paragraph of the
2    Complaint.

3         113.   In response to Paragraph 113 of the Complaint, this Paragraph
4    consists of statements and conclusions of law requiring no answer; to the extent
5    this Paragraph contains factual allegations, Defendant Berkeley denies, generally
6    and specifically, each and every allegation contained in this Paragraph of the
7    Complaint.

8         114.   In response to Paragraph 114 of the Complaint, this Paragraph
9    consists of statements and conclusions of law requiring no answer; to the extent
10   this Paragraph contains factual allegations, Defendant Berkeley denies, generally
11   and specifically, each and every allegation contained in this Paragraph of the
12   Complaint.

13        115.   In response to Paragraph 115 of the Complaint, this Paragraph
14   consists of statements and conclusions of law requiring no answer; to the extent
15   this Paragraph contains factual allegations, Defendant Berkeley denies, generally
16   and specifically, each and every allegation contained in this Paragraph of the
17   Complaint.

18                          **SEVENTH CAUSE OF ACTION**
19               **CIVIL PENALTIES FOR OVERTIME VIOLATIONS**
20                        **(Against SBATL and Berkeley)**

21        116.   Defendant Berkeley repeats and incorporates herein by reference its
22   answers to Paragraphs 1 through 115 of the Complaint for its answer to this
23   Paragraph.

24        117.   In response to Paragraph 117 of the Complaint, this Paragraph
25   consists of statements and conclusions of law requiring no answer; to the extent
26   this Paragraph contains factual allegations, Defendant Berkeley denies, generally
27   and specifically, each and every allegation contained in this Paragraph of the
28   Complaint.

Mitchell
Silberberg &
Knupp LLP

6951683.1

**ANSWER OF DEFENDANTS BERKELEY PRODUCTIONS, INC. AND HOWARD BAUER**

118.   In response to Paragraph 118 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

119.   In response to Paragraph 119 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendant Berkeley repeats and incorporates herein by reference its answer to Paragraph 40 of the Complaint and denies, generally and specifically, each and every allegation contained in Paragraph 119 of the Complaint.

120.   In response to Paragraph 120 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendant Berkeley repeats and incorporates herein by reference its answer to Paragraph 40 of the Complaint and denies, generally and specifically, each and every allegation contained in Paragraph 120 of the Complaint.

121.   In response to Paragraph 121 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the Complaint, including without limitation that Plaintiffs are entitled to any recovery or the recovery requested.

122.   In response to Paragraph 122 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the

**ANSWER OF DEFENDANTS BERKELEY PRODUCTIONS, INC. AND HOWARD BAUER**

1  Complaint, including without limitation that Plaintiffs are entitled to any recovery

2  or the recovery requested.

3  **EIGHTH CAUSE OF ACTION**

4  **CIVIL PENALTIES FOR BREAK VIOLATIONS**

5  **(Against SBATL and Berkeley)**

6  123.   Defendant Berkeley repeats and incorporates herein by reference its

7  answers to Paragraphs 1 through 122 of the Complaint for its answer to this

8  Paragraph.

9  124.   In response to Paragraph 124 of the Complaint, this Paragraph

10  consists of statements and conclusions of law requiring no answer; to the extent

11  this Paragraph contains factual allegations, Defendant Berkeley denies, generally

12  and specifically, each and every allegation contained in this Paragraph of the

13  Complaint.

14  125.   In response to Paragraph 125 of the Complaint, this Paragraph

15  consists of statements and conclusions of law requiring no answer; to the extent

16  this Paragraph contains factual allegations, Defendant Berkeley repeats and

17  incorporates herein by reference its answer to Paragraph 40 of the Complaint and

18  denies, generally and specifically, each and every allegation contained in

19  Paragraph 125 of the Complaint.

20  126.   In response to Paragraph 126 of the Complaint, this Paragraph

21  consists of statements and conclusions of law requiring no answer; to the extent

22  this Paragraph contains factual allegations, Defendant Berkeley repeats and

23  incorporates herein by reference its answer to Paragraph 40 of the Complaint and

24  denies, generally and specifically, each and every allegation contained in

25  Paragraph 126 of the Complaint.

26  127.   In response to Paragraph 127 of the Complaint, Defendants deny,

27  generally and specifically, each and every allegation contained in this Paragraph of

28  the Complaint.

Mitchell
Silberberg &
Knupp LLP

6951683.1

26

**ANSWER OF DEFENDANTS BERKELEY PRODUCTIONS, INC. AND HOWARD BAUER**

128.   In response to Paragraph 128 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the Complaint, including without limitation that Plaintiffs are entitled to any recovery or the recovery requested.

## NINTH CAUSE OF ACTION

## CIVIL PENALTIES FOR LABOR CODE 226(a) VIOLATIONS
### (Against SBATL and Berkeley)

129.   Defendant Berkeley repeats and incorporates herein by reference its answers to Paragraphs 1 through 128 of the Complaint for its answer to this Paragraph.

130.   In response to Paragraph 130 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

131.   In response to Paragraph 131 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

132.   In response to Paragraph 132 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendant Berkeley repeats and incorporates herein by reference its answer to Paragraph 40 of the Complaint and denies, generally and specifically, each and every allegation contained in Paragraph 132 of the Complaint.

133.   In response to Paragraph 133 of the Complaint, Defendant Berkeley repeats and incorporates herein by reference its answer to Paragraph 40 of the Complaint and denies, generally and specifically, each and every allegation contained in Paragraph 133 of the Complaint.

134.   In response to Paragraph 134 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendant Berkeley repeats and incorporates herein by reference its answer to Paragraph 40 of the Complaint and denies, generally and specifically, each and every allegation contained in Paragraph 134 of the Complaint.

135.   In response to Paragraph 135 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

136.   In response to Paragraph 136 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the Complaint, including without limitation that Plaintiffs are entitled to any recovery or the recovery requested.

## TENTH CAUSE OF ACTION

## CIVIL PENALTIES FOR FAILING TO KEEP RECORDS

### (Against SBATL and Berkeley)

137.   Defendant Berkeley repeats and incorporates herein by reference its answers to Paragraphs 1 through 136 of the Complaint for its answer to this Paragraph.

Mitchell
Silberberg &
Knupp LLP

6951683.1

**ANSWER OF DEFENDANTS BERKELEY PRODUCTIONS, INC. AND HOWARD BAUER**

138.   In response to Paragraph 138 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

139.   In response to Paragraph 139 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

140.   In response to Paragraph 140 of the Complaint, this Paragraph contains of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendant Berkeley repeats and incorporates herein by reference its answer to Paragraph 40 of the Complaint and denies, generally and specifically, each and every allegation contained in Paragraph 140 of the Complaint.

141.   In response to Paragraph 141 of the Complaint, Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the Complaint.

142.   In response to Paragraph 142 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendant Berkeley repeats and incorporates herein by reference its answer to Paragraph 40 of the Complaint and denies, generally and specifically, each and every allegation contained in Paragraph 142 of the Complaint.

143.   In response to Paragraph 143 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendant Berkeley denies, generally

and specifically, each and every allegation contained in this Paragraph of the Complaint.

144.   In response to Paragraph 144 of the Complaint, this Paragraph consists of statements and conclusions of law requiring no answer; to the extent this Paragraph contains factual allegations, Defendant Berkeley denies, generally and specifically, each and every allegation contained in this Paragraph of the Complaint, including without limitation that Plaintiffs are entitled to any recovery or the recovery requested.

## RESPONSE TO PRAYER FOR RELIEF

145.   Defendants deny, both generally and specifically, each and every allegation that Plaintiffs, or any of them, have been, are, or will be damaged in the amount alleged, or in any manner or sum whatsoever, or entitled to any recovery or remedy of any type whatsoever, by reason of any of Defendants' acts, conduct, or omissions, including, but not limited to, the relief requested in the prayer for relief in the causes of action alleged against him/it/them.

## SEPARATE AND AFFIRMATIVE DEFENSES

Without waiving or excusing any of Plaintiffs' own burdens of proof and production of evidence, or admitting that Defendants have any burden of proof, as opposed to denials of matters as to which Plaintiffs have the burden of proof, or that Defendants have any burden of proof at all, Defendants hereby assert the following affirmative defenses.

## FIRST AFFIRMATIVE DEFENSE

### (Failure To State A Cause Of Action)

146.   Each purported cause of action alleged in the Complaint fails to state facts sufficient to constitute a cause of action against Defendants, or either of them.

Mitchell
Silberberg &
Knupp LLP

6951683.1

30

## SECOND AFFIRMATIVE DEFENSE

### (Statute Of Limitations)

147.   Each purported cause of action alleged in the Complaint is barred, in whole or in part, by the applicable statutes of limitations, repose, or prescription, including, but not limited to, California Labor Code Section 203, the one-year limitations period contained in CCP Sections 340(a) and (b), the two-year limitations period contained in CCP Section 339(1), the three-year limitations period contained in CCP Section 338(a), the four-year limitations period contained in CCP Section 337(1), the four-year "catch all" statute of limitations contained in CCP Section 343, the four-year limitations period contained in California Business and Professions Code Section 17208, the two and/or three-year statute of limitations contained in 29 U.S.C. § 255(a), the six-month limitations period under Section 301 of the Labor Management Relations Act, as set forth in *Del Costello v. Teamsters*, 462 U.S. 151 (1983), and the limitations period for filing a grievance under the relevant collective bargaining agreement(s) within which grievances must be timely filed, and any other applicable limitations period contained in any applicable collective bargaining agreement.

## THIRD AFFIRMATIVE DEFENSE

### (Laches)

148.   Plaintiffs delayed inexcusably and unreasonably in the filing of this action causing substantial prejudice to Defendants and thus Plaintiffs' claims are barred, in whole or in part, by the equitable doctrine of laches.

## FOURTH AFFIRMATIVE DEFENSE

### (Estoppel)

149.   Plaintiffs' claims are barred, in whole or in part, because Plaintiffs are estopped by his/her/their own conduct to claim any right to damages or other monetary relief from Defendants.

**FIFTH AFFIRMATIVE DEFENSE**

**(Waiver)**

150.   Each purported cause of action alleged in the Complaint is barred, in whole or in part, by the doctrine of waiver.

**SIXTH AFFIRMATIVE DEFENSE**

**(Unclean Hands)**

151.   Each purported cause of action alleged in the Complaint is barred, in whole or in part, by the doctrine of unclean hands.

**SEVENTH AFFIRMATIVE DEFENSE**

**(Consent/Ratification)**

152.   Plaintiffs' claims are barred, in whole or in part, by Plaintiffs' express or implied consent to the conduct of which he/she/they complain(s) and/or ratification of that conduct.

**EIGHTH AFFIRMATIVE DEFENSE**

**(Res Judicata/Collateral Estoppel)**

153.   Each purported cause of action alleged in the Complaint is barred, in whole or in part, by the doctrine(s) of res judicata and/or collateral estoppel.

**NINTH AFFIRMATIVE DEFENSE**

**(Injunctive Relief Improper)**

154.   Plaintiffs' claims for injunctive relief, if any, are barred because Plaintiffs have an adequate and complete remedy at law and/or cannot make the other requisite showings to obtain injunctive relief.

**TENTH AFFIRMATIVE DEFENSE**

**(No Actual Injury)**

155.   Plaintiffs' claims brought under California Labor Code Section 226 are barred on the ground that Plaintiffs did not suffer any actual injury as a result of any alleged violation of Section 226 by Defendant Berkeley.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Release/Settlement)

156.   Plaintiffs' claims are barred, in whole or in part, because Plaintiff(s) has/have released or settled such claims.

## TWELFTH AFFIRMATIVE DEFENSE

### (Accord And Satisfaction)

157.   Each purported cause of action alleged in the Complaint is barred, in whole or in part, by the doctrine of accord and satisfaction.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Setoff)

158.   Any damages recovered by each Plaintiff, if any, should be reduced by the money that Plaintiff owes Defendant(s), including, but not limited to, monies owed to Defendant(s) to the extent that Plaintiff(s) misstated or misrepresented his/her/their hours worked.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (No Penalty/Liquidated Damages – Lack of Willfulness)

159.   Plaintiffs, or each of them, are not entitled to any penalty or liquidated damages award, including but not limited to, penalties or liquidated damages awarded under or based upon California Labor Code Sections 203, 226, 226.3, 226.7, 510, 512, 558, 1174, 1194, 1198, and/or 2698 *et seq.*, Industrial Welfare Commission Orders, Business & Professions Code Sections 17200-17208, 29 U.S.C. Section 216(b), and/or penalties or liquidated damages alleged in the Complaint, because, at all relevant times, Defendant(s) did not willfully fail to comply with the provisions of California and/or federal law, but rather acted in good faith and had reasonable grounds for believing that it/he/they did not violate relevant laws or the specified provisions.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Unjust Enrichment)

160. The imposition of liability upon Defendants would unjustly enrich Plaintiffs.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Unconstitutionality of Penalties or Punitive Damages)

161. Plaintiffs, or each of them, are/is not entitled to recover any penalties or punitive or liquidated damages, such as but not limited to, those Plaintiffs seek under or based upon California Labor Code Sections 203, 226, 226.3, 226.7, 510, 512, 558, 1174, 1194, 1198, and/or 2698 *et seq.*, Industrial Welfare Commission Wage Orders, Business & Professions Code Sections 17200-17208, 29 U.S.C. Section 216(b), and any award of such penalties or damages would, in general or under the facts of Plaintiffs', or each of their, particular claims, violate Defendants', or each of their, constitutional rights under the provisions of the United States and California Constitutions including, but not limited to, the due process clauses of the Fifth and Fourteenth Amendments of the United States Constitution and the excessive fines and the cruel and unusual punishment clauses of the Eighth Amendment of the United States Constitution, as well as the due process and excessive fines clause contained in the California Constitution.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Good Faith)

162. Plaintiffs', and each of their, claims are barred, in whole or in part, on the ground that Defendants, or each of them, acted in good faith, in conformity with, and in reliance on written administrative regulations, proposed regulations, orders, rulings, guidelines, approval, and/or interpretation of federal and state agencies. Further, Plaintiffs', and each of them, are not entitled to any penalty or liquidated damages award, including, but not limited to any penalties or liquidated damages under California Labor Code Sections 203, 226, 226.3, 226.7, 510, 512,

558, 1174, 1194, 1198, and/or 2698 *et seq.*; the Industrial Welfare Commission Wage Orders; California Business and Professions Code Sections 17200-17208; 29 U.S.C. Section 216(b); and/or penalties alleged in the Complaint, since, at all relevant times, Defendants, and each of them, acted in good faith and had reasonable grounds for believing that it did not violate relevant laws or the specified provisions.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

**(Unreasonable Failure To Exhaust/Pursue Corrective Measures)**

163.   Plaintiffs', and each of their, claims are barred, in whole or in part, because of Plaintiffs', and each of their, unreasonable failure to exhaust any available internal and/or administrative remedies and Plaintiffs', and each of their, unreasonable failure or refusal to pursue and/or take advantage of any preventive or corrective opportunities provided by Defendants, or each of them, or otherwise to avoid the conduct, acts, and/or omissions of which Plaintiffs complain, prior to filing the Complaint.

**NINETEENTH AFFIRMATIVE DEFENSE**

**(Contributory Fault Of Claimant)**

164.   Plaintiffs', and each of their, alleged damages, injuries, and/or losses, if any, were proximately caused and contributed to by the negligence, breach of contract, or other fault or misconduct of Plaintiff(s)' or his/her/their agents, and, by reason thereof, any recovery by Plaintiff(s) against Defendants, or each of them, must be reduced by an amount equal to the proportionate fault of Plaintiff(s) or Plaintiff(s)' agents pursuant to applicable law.

**TWENTIETH AFFIRMATIVE DEFENSE**

**(Contributory Fault Of Third Parties)**

165.   Plaintiffs', and each of their, alleged damages, injuries, and/or losses, if any, were proximately caused and contributed to by the negligence, breach of contract, or other fault or misconduct of parties, persons, and/or entities other than

**ANSWER OF DEFENDANTS BERKELEY PRODUCTIONS, INC. AND HOWARD BAUER**

Mitchell Silberberg & Knupp LLP

6951683.1

Defendants, or each of them, and, by reason thereof, any recovery by Plaintiff(s) against Defendant(s) must be reduced by an amount equal to the proportionate fault of such other parties, persons, and/or entities pursuant to applicable law.

### TWENTY-FIRST AFFIRMATIVE DEFENSE
### (Failure To Mitigate)

166.   Plaintiffs, and each of them, failed and neglected to mitigate Plaintiff(s)' purported damages, injuries, or losses, if any, and, therefore, any recovery against Defendants, or either of them, is barred or reduced accordingly.

### TWENTY-SECOND AFFIRMATIVE DEFENSE
### (Failure to Exhaust Contractual Remedies)

167.   Plaintiffs' claims against Defendants are barred, in whole or in part, because of Plaintiffs', or each of their, failure to exhaust any available contractual remedies, including but not limited to arbitration under Plaintiff's arbitration agreements and any grievance and arbitration procedures under any applicable collective bargaining agreement(s) that governed the terms and conditions of Plaintiffs', or each of their, employment, prior to filing the Complaint.

### TWENTY-THIRD AFFIRMATIVE DEFENSE
### (Intervening Superseding Cause)

168.   Plaintiffs' claims against Defendants are barred, in whole or in part, because Plaintiffs', or each of their, alleged damages, injuries, and/or losses were proximately caused by or contributed to by the acts or omissions of other persons and/or entities and/or unavoidable incidents or conditions, without fault on the part of Defendants, or each of them, which acts, omissions, incidents, and/or conditions, were an intervening and superseding cause of Plaintiffs, or each of their, alleged damages, injuries, and/or losses, if any.

**ANSWER OF DEFENDANTS BERKELEY PRODUCTIONS, INC. AND HOWARD BAUER**

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

### (Preemption)

169.   To the extent the Complaint, and each purported cause of action contained therein, requires interpretation of any applicable collective bargaining agreement(s) that governed the terms and conditions of Plaintiffs', or each of their, employment, Plaintiff(s)' claims are barred, in whole or in part, on the ground of preemption under Section 301(a) of the Labor Management Relations Act, 29 U.S.C. § 185(a).

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

### (Exempt Status)

170.   Each purported cause of action alleged in the Complaint is barred, in whole or in part, because, at all relevant times, Plaintiffs, or each of them, were exempt by virtue of one or more of the exemptions contained in California or federal law, including without limitations, the administrative, creative/professional and executive exemptions and/or the exemption for highly compensated employees, exempting Plaintiffs, or each of them, from the overtime, break periods, wage statement, and/or other record-keeping requirements contained in the California Labor Code, in the Wage Orders of the Industrial Welfare Commission and/or federal law.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

### (Collective Bargaining Agreement Exemption)

171.   Plaintiffs' claims are barred, in whole or in part, to the extent Plaintiffs, or each of them, are covered by a valid collective bargaining agreement, as provided in, without limitation, California Labor Code Sections 512, 514, Wage Order No. 12, Section 3(J), and any other applicable provisions of the Labor Code, Industrial Welfare Commission Wage Orders or other statutes or regulations.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE
### (No Entitlement To Attorneys' Fees)

172.   The Complaint fails to state any basis for recovery of attorneys' fees because Plaintiffs, and each of them, have failed to allege facts sufficient to establish entitlement thereto.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE
### (No Double Recovery)

173.   To the extent Plaintiffs, or each of them, are entitled to any recovery, which Defendants deny, Plaintiffs are barred and precluded from securing any double recovery with respect to overtime compensation, punitive damages or any other recovery.

## TWENTY-NINTH AFFIRMATIVE DEFENSE
### (Substantial Compliance)

174.   Defendants substantially complied with all obligations under the law.

## THIRTIETH AFFIRMATIVE DEFENSE
### (No Representative Action)

175.   Plaintiffs have failed to allege and cannot prove the facts and prerequisites necessary for the maintenance of a representative action.

## THIRTY-FIRST AFFIRMATIVE DEFENSE
### (Failure to Comply With PAGA Requirements)

176.   Claims by Plaintiffs brought under California Labor Code Private Attorneys General Act of 2004 ("PAGA") are barred in whole or in part due to Plaintiffs' failure to timely comply with PAGA administrative requirements and/or otherwise meet the requirements of PAGA.

Mitchell
Silberberg &
Knupp LLP

6951683.1

**ANSWER OF DEFENDANTS BERKELEY PRODUCTIONS, INC. AND HOWARD BAUER**

**THIRTY-SECOND AFFIRMATIVE DEFENSE**

**(Arbitration Agreements)**

177.   Plaintiffs are barred from pursuing the claims alleged in the Complaint in this Court because he/she/they has/have agreed to resolve such claims through arbitration.

**THIRTY-THIRD AFFIRMATIVE DEFENSE**

**(Stay Pending Arbitration)**

178.   Plaintiffs are barred from pursuing the claims alleged in the Complaint in this Court because he/she/they has/have agreed to resolve such claims through arbitration and this action must be stayed pending such arbitrations.

**THIRTY-FOURTH AFFIRMATIVE DEFENSE**

**(Reservation Of Rights)**

179.   Defendants do not presently know all of the facts and circumstances regarding Plaintiffs' claims.  Defendants reserve the right to amend this Answer should it/he/they later discover facts demonstrating the existence of additional affirmative defenses.


**PRAYER FOR RELIEF**

WHEREFORE, Defendants pray for judgment as follows:

1.     That Plaintiffs each take nothing by his/her/their Complaint, and that the same be dismissed with prejudice;

2.     That judgment be entered in favor of Defendants and against Plaintiffs, and each of them;

3.     That Defendants be awarded reasonable attorneys' fees and costs of suit herein according to proof pursuant to Labor Code Section 218.5 and/or other applicable law; and

\\\

\\\

**ANSWER OF DEFENDANTS BERKELEY PRODUCTIONS, INC. AND HOWARD BAUER**

1    4.    That Defendants be granted such other and further relief as the Court

2  deems just and proper.

3  DATED: JULY 31, 2015          ADAM LEVIN
                                 SUZANNE M. STEINKE
4                                MITCHELL SILBERBERG & KNUPP LLP

5

6                                By: /s/ Suzanne M. Steinke
                                     _____
7                                    Adam Levin
                                     Suzanne M. Steinke
8                                    Attorneys for Defendants
                                     Berkeley Productions, Inc. and Howard
9                                    Bauer

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ANSWER OF DEFENDANTS BERKELEY PRODUCTIONS, INC. AND HOWARD BAUER**