JS-6



FILED
CLERK, U.S. DISTRICT COURT

September 27, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NEOMALIE PERIES, *et al.* | Case No.: 2:15-CV-03233 SJO-AJW |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| BERKELEY PRODUCTIONS, INC., *et al.*, | |
| Defendants. | |

GOOD CAUSE APPEARING, it is hereby ORDERED and ADJUDGED as follows:

1. The Motion of Plaintiff DERRICK AH SAM to Confirm the arbitration award is GRANTED.

2. This Court finds the Arbitrator's Award approving the settlement as fair and reasonable and is hereby Confirmed.

3. Judgment is hereby entered.

//////

4.  This Final Judgment disposes Mr. Ah Sam's claims in this action.

DATED:    9/27/16

*S. James Otero*

_____
HON. S. JAMES OTERO