

**FILED**
CLERK, U.S. DISTRICT COURT

October 5, 2016.

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NEOMALIE PERIES, *et al.* | Case No.: 2:15-CV-03233 SJO-AJW |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| BERKELEY PRODUCTIONS, INC., *et al.*, | |
| Defendants. | |

GOOD CAUSE APPEARING, it is hereby ORDERED and ADJUDGED as follows:

1. The Motion of Plaintiff JAMIE SINSHEIMER to Confirm the arbitration award is GRANTED.

2. This Court finds the Arbitrator's Award approving the settlement as fair and reasonable and is hereby Confirmed.

3. Judgment is hereby entered.

///

4. This Final Judgment disposes Ms. Sinsheimer's claims in this action.

DATED: October 5, 2016.

_____
HON. S. JAMES OTERO