NO JS-6

```
           FILED
   CLERK, U.S. DISTRICT COURT

      October 21, 2016

 CENTRAL DISTRICT OF CALIFORNIA
   BY:    VPC     DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NEOMALIE PERIES, *et al.* | Case No.: 2:15-CV-03233 SJO-AJW |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| BERKELEY PRODUCTIONS, INC., *et al.*, | |
| Defendants. | |

GOOD CAUSE APPEARING, it is hereby ORDERED and ADJUDGED as follows:

1. The Motion of Plaintiff DARIN KATO to Confirm the arbitration award is GRANTED.

2. This Court finds the Arbitrator's Award approving the settlement as fair and reasonable and is hereby Confirmed.

3. Judgment is hereby entered.

///

4.  This Final Judgment disposes Mr. Kato's claims in this action.

DATED:  October 21, 2016

*S. James Otero*

_____
HON. S. JAMES OTERO